**DISMISS and Opinion Filed April 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00092-CV**

**SANDRA L. SIMS, Appellant**
**V.**
**TINA THOMAS AND SIMONE JOHNSON, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16409**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

For the second time, appellant attempts to appeal the trial court's August 24, 2017 judgment. In 2018, appellant filed a restricted appeal challenging both the August 24 judgment and a January 22, 2018 order authorizing sale of property.[1] *See Sims v. Thomas*, 584 S.W.3d 880 (Tex. App.—Dallas 2019, no pet.). We dismissed the portion of that appeal related to the August 24 judgment as untimely and considered only the merits of the January 22 order. *See id*. at 882.

---

[1] The notice of restricted appeal was filed on June 21, 2018.

Because appellant's new notice of appeal was filed more than five years past the deadline, we again questioned our jurisdiction of the appeal of the August 24 judgment and instructed appellant to file a letter brief with an opportunity for appellees to respond. *See* TEX. R. APP. P. 26.1. Following her initial letter brief, appellant filed an amended notice of appeal and further letter brief asking that we construe this appeal as a motion for rehearing of the prior appeal regarding the August 2017 judgment only. This we cannot do. The time for reconsideration of this Court's order dismissing the appeal as it related to the August 24 judgment or reconsidering the opinion in that appeal has passed. *See* TEX. R. APP. P. 49.1 (motion for rehearing due within fifteen days of the judgment).

Because the notice of appeal was untimely, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal jurisdictional).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220092F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SANDRA L. SIMS, Appellant

No. 05-22-00092-CV        V.

TINA THOMAS AND SIMONE
JOHNSON, Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-16-16409.
Opinion delivered by Chief Justice
Burns. Justices Goldstein and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees TINA THOMAS AND SIMONE JOHNSON recover their costs of this appeal from appellant SANDRA L. SIMS.

Judgment entered April 25, 2022